IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVONTE D. WRIGHT, <br> JORDAN BOYER, and <br> MARSHERRIE FRANKLIN, <br> personally and o/b/o her minor child U.F., <br><br> PLAINTIFFS, <br> v. <br><br> CITY OF CHAMPAIGN POLICE OFFICER <br> TYLER DARLING (#775), individually, and <br> CITY OF CHAMPAIGN, ILLINOIS, <br> a municipal corporation, <br><br> DEFENDANTS. | CASE NO. 19-CV-2035-CSB-EIL <br><br><br> JURY TRIAL DEMANDED |

## STIPULATION TO DISMISS COUNTS II & IV WITH PREJUDICE

To effectuate Plaintiff Wright's intent to dismiss Counts II & IV (*see* Doc. 13 at p. 4), and to comply with Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-named parties, via their undersigned counsel, hereby stipulate that:

1. The following claims are dismissed with prejudice and without an award of fees, costs, or disbursements of any kind:

    a. COUNT II—42 U.S.C. § 1983: False Arrest (Plaintiff Wright against Defendant Darling)

    b. COUNT IV—42 U.S.C. § 1983: Fabrication of Evidence & Unlawful Detention (Plaintiff Wright against Defendant Darling)

2. Dismissal of those claims is effective immediately upon filing of this stipulation, without the necessity of a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

*[Signature blocks are on the following page.]*

| | |
|---|---|
| NATHAN & KAMIONSKI LLP | THOMAS, MAMER & HAUGHEY, LLP |
| *s/ Natalie Adeeyo (approved by email 4/02/2019)*<br>Shneur Z. Nathan (# 6294495)<br>Avi Kamionski (# 6283191)<br>Natalie Adeeyo (# 6323542)<br>33 W. Monroe, Suite 1830<br>Chicago, Illinois 60603<br>(312) 612-1072<br>snathan@nklawllp.com<br>akamionski@nklawllp.com<br>nadeeyo@nklawllp.com<br>*ATTORNEYS FOR PLAINTIFFS*<br>*including* DAVONTE D. WRIGHT | *s/ Justin N. Brunner*<br>David E. Krchak (#3127316)<br>Justin N. Brunner (#6323496)<br>Casey R. Bales (#6329412)<br>30 E. Main St., Ste. 500<br>P.O. Box 560<br>Champaign, IL 61824-0560<br>Tel.: (217) 351-1500<br>Fax: (217) 351-2169<br>krchak@tmh-law.com; justin@tmh-law.com<br><br>*ATTORNEYS FOR DEFENDANTS*<br>*including* CITY OF CHAMPAIGN POLICE OFFICER TYLER DARLING (#775) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I caused the foregoing document:

*STIPULATION TO DISMISS COUNTS II & IV WITH PREJUDICE*

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all attorneys of record.

                                                    *s/ Justin N. Brunner*
                                                  Justin N. Brunner (#6323496)
                                                  THOMAS, MAMER & HAUGHEY, LLP