# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| DAVONTE D. WRIGHT, JORDAN BOYER, MARSHERRIE FRANKLIN, on her own behalf and on behalf of her minor child, U.F., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHAMPAIGN POLICE OFFICER TYLER DARLING (#774), individually, THE CITY OF CHAMPAIGN, ILLINOIS, a municipal corporation, <br><br> Defendants. | Case No. 19-cv-2035 <br><br> Judge Eric I. Long |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that Defendants City of Champaign and Champaign Police Officer Tyler Darling should be dismissed, with prejudice, and with all sides bearing their own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| */s/ Shneur z. Nathan* <br> *Counsel for Plaintiffs* <br> Nathan & Kamionski, LLP <br> 33 W. Monroe, Suite 1830 <br> Chicago, IL 60603 <br> snathan@nklawllp.com | */s/ Justin N. Brunner* <br> *Counsel for Defendants* <br> David E. Krchak <br> Justin N. Brunner <br> Thomas, Mamer, LLP <br> 30 E. Main St., Suite 500 <br> Champaign, IL 61824 <br> DEK@ThomasMamer.com <br> JNB@Thomasmamer.com |

## Certificate of Service

I, Matthew J. Mc Carter, an attorney, hereby certify that, on the date stamped on the above margin, I electronically filed the foregoing document, Stipulation of Dismissal, with the Court's CM/ECF system, which simultaneously sent notice and an electronic copy to all counsel of record.

<em>/s/ Matthew J. Mc Carter</em>